UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Deshana Renee Barner,<br><br>　　　　Plaintiff<br><br>v.<br><br>Centennial Hills Hospital, et al.,<br><br>　　　　Defendants | Case No.: 2:24-cv-01467-JAD-MDC<br><br>**Order Adopting<br>Report & Recommendation and<br>Dismissing Case**<br><br>[ECF No. 10] |

　　　　The magistrate judge screened Deshana Renee Barner's complaint and dismissed it with leave to amend by December 20, 2024.[1] When Barner failed to file an amended complaint by that deadline or seek any related relief, the magistrate judge issued a report and recommendation to dismiss and close this case.[2]  Any objection to that recommendation was due by January 29, 2025, but Barner neither objected nor moved to extend her time to do so.  When no objections are filed, no review of a magistrate judge's report and recommendation is required.[3]  Accordingly,

　　　　IT IS ORDERED THAT the report and recommendation **[ECF No. 10] is ADOPTED** in full, and **this action is DISMISSED.**  The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY** and **CLOSE THIS CASE**.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　February 3, 2025

---

[1] ECF No. 8.

[2] ECF No. 10.

[3] *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).